UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cr-00383-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| DAVID CLINTON CREASMAN II, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's Motion for Compassionate Release (Doc. No. 81), as well as several Pro Se Motions seeking judicial recommendation to home confinement and directing the Bureau of Prisons to compute and apply earned time credits and early release options, (Doc. Nos. 94, 96, 100). Defendant, through counsel, also filed a "Motion in Support of Pending Motion" seeking this Court's review of Defendant's Pro Se "Motion for the Court to Order the BOP to Compute and Apply Eligible-Earned-Compensatory-Retroactive First Step Act Benefits." (Doc. No. 102). The Government opposed the Compassionate Release motion, (Doc. No. 86).

While Defendant's motion for compassionate release was pending, Defendant was released from the custody of the Bureau of Prisons. (See https://www.bop.gov/inmateloc/ visited 3/28/2023). After reviewing the specific relief requested by Defendant in each of his motions and his particular arguments and evidence provided in support thereof, the Court DENIES AS MOOT Defendant's motions.

1

IT IS THEREFORE ORDEREED that Defendant's Motions, (Doc. No. 81, 94, 96, 100, 102), are DENIED AS MOOT.

IT IS SO ORDERED.

Signed: March 29, 2023

Frank D. Whitney
United States District Judge